[No. 42877-2-I.    Division One.    January 24, 2000.]

THE STATE OF WASHINGTON, *Respondent*, v. HELEDIO
SANTOS, *Appellant*.

Appeal from a judgment of the Superior Court for King
County, No. 98-1-01854-9, Anthony P. Wartnik, J., entered
June 16, 1998. *Affirmed* by unpublished per curiam opinion.

[No. 42919-1-I.    Division One.    January 24, 2000.]

THE STATE OF WASHINGTON, *Respondent*, v. TRACY J.
BOLSON, *Appellant*.

Appeal from a judgment of the Superior Court for Sno-
homish County, No. 98-1-00115-6, Thomas J. Wynne, J.,
entered June 1, 1998. *Dismissed* by unpublished per curiam
opinion.

[No. 43036-0-I.    Division One.    January 24, 2000.]

THE STATE OF WASHINGTON, *Respondent*, v. CRAIG HINES,
*Appellant*.

Appeal from a judgment of the Superior Court for King
County, No. 97-1-10333-5, Nicole MacInnes, J., entered
June 22, 1998. *Reversed* by unpublished per curiam
opinion.

[No. 43037-8-I.    Division One.    January 24, 2000.]

DICKINSON'S FAMILY BUFFET, INC., ET AL., *Appellants*, v.
ARNASON, INC., ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for What-
com County, No. 94-2-00901-6, Michael F. Moynihan, J.,
entered June 19, 1998. *Affirmed* by unpublished opinion
per Agid, A.C.J., concurred in by Webster and Baker, JJ.